NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOMMY LEE STEVENS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5045

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-0478, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Tommy Lee Stevens moves to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

TOMMY STEVENS V. US                                                     2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued as a Mandate:  February 12, 2013